IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,                              No. CIV S-10-3269 MCE GGH

vs.

MATSUI MANAGEMENT CORPORATION,

       Defendant.                            ORDER

_____/

       Plaintiff's amended motion for default judgment presently is calendared for hearing on August 4, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

       Accordingly, IT IS ORDERED that:

       1. The August 4, 2011 hearing on the amended motion for default judgment, filed May 27, 2011, is vacated; and

////

////

////

1          2.  The motion is submitted on the record.

2  DATED: July 20, 2011

3                                          /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

5  GGH:076:Johnson3269.vac.wpd