IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON

        Plaintiff,              No. CIV S-10-3269 MCE GGH

    vs.

MATSUI MANAGEMENT
CORPORATION

        Defendant.          <u>ORDER</u>

_____/

On September 19, 2011, this court issued an order vacating the clerk's entry of default for plaintiff's improper service of process, as well as findings and recommendations that plaintiff's amended motion for entry of default judgment (dkt. no. 12) be denied without prejudice.  (<u>See</u> Dkt. No. 14.)  On October 24, 2011, the district judge adopted the findings and recommendations in full and denied plaintiff's amended motion for entry of default judgment without prejudice.  (<u>See</u> Dkt. No. 17.)

Subsequently, on November 10, 2011, plaintiff filed an amended affidavit of service.  (Dkt. No. 18.)  However, since then this matter has been inactive, and plaintiff has not requested the clerk to enter default and moved for default judgment.

\\\\\

1

1        In light of the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff shall request entry of default within 14 days of the date of this order

3    and shall move for default judgment within 28 days of any entry of default.

4        2.  Failure to request entry of default and/or move for default judgment within the

5    specified time frames will result in a recommendation that this action be dismissed with

6    prejudice pursuant to Fed. R. Civ. P. 41(b).

7    DATED: March 6, 2012

8                               /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

9

10   GGH/wvr
     Matsui.3269.default.sched.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26