IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON

      Plaintiff,                       No. CIV S-10-3269 MCE GGH

     vs.

MATSUI MANAGEMENT CORPORATION

      Defendant.               ORDER

_____/

        On September 19, 2011, this court issued an order vacating the clerk's entry of default for plaintiff's improper service of process, as well as findings and recommendations that plaintiff's amended motion for entry of default judgment (dkt. no. 12) be denied without prejudice. (See Dkt. No. 14.) On October 24, 2011, the district judge adopted the findings and recommendations in full and denied plaintiff's amended motion for entry of default judgment without prejudice. (See Dkt. No. 17.)

        Subsequently, on November 10, 2011, plaintiff filed an amended affidavit of service. (Dkt. No. 18.) However, since then this matter has been inactive, and plaintiff has not requested the clerk to enter default and moved for default judgment.

\\\\\

In light of the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall request entry of default within 14 days of the date of this order and shall move for default judgment within 28 days of any entry of default.

2. Failure to request entry of default and/or move for default judgment within the specified time frames will result in a recommendation that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

DATED: March 6, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Matsui.3269.default.sched.wpd