```
Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com


Attorney for Plaintiff
Scott N. Johnson
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-03269-MCE-GGH** |
|     Plaintiff; | ) |
|     v. | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| Matsui Management Corporation, | ) |
|     Defendant. | ) |

IT IS SO ORDERED THAT the above-entitled action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk of Court is hereby directed to close the file.

DATED:  March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE